From: The District Court of the Fifth Judicial District. County of Beaverhead. STATE OF MONTANA, Plaintiff, vs. BROOKS LEE, Defendant.

## DECISION

No. 1899

The application of the above-named defendant for a review of the sentence of 10 years for Kidnapping and 10 years for Aggravated Assault concurrently imposed on February 17, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank Shaun R. Thompson, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Eighth Judicial District. County of Cascade. STATE OF MONTANA, Plaintiff, vs. ROBERT J. JOHNSON aka MARK BAKER, Defendant.

## DECISION

No. 6641 A

The application of the above-named defendant for a review of the sentence of 10 years for Forgery imposed on March 29th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank David W. Woodgerd, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Missoula. STATE OF MONTANA, Plaintiff, vs. JAMES HOWARD DENEND, Defendant.

## DECISION

No. 4676

The application of the above-named defendant for a review of the sentence of Forty years for Robbery imposed on March 11th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Willis Jones, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.